**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. Action No. 89-273 (ABJ) |
| CORZETTE BELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On June 13, 2025, Magistrate Judge Matthew J. Sharbaugh issued a Report and Recommendation [Dkt. # 18] with respect to defendant's motion to expunge criminal record [Dkt. # 13]. The report advised the parties that "pursuant to 28 U.S.C. § 636(b)(1)(C) and LCrR 59.1(b), any party who objects to a report and recommendation must file a written objection within fourteen (14) days of the party's receipt of the report and recommendation." June 13, 2025 Report & Recommendation at 4. To date, no objections have been filed.

It is therefore **ORDERED** that the Report and Recommendation [Dkt. # 18] is **ADOPTED** in its entirety;

it is **FURTHER ORDERED** that defendant's motion to expunge criminal record [Dkt. # 13] is **DENIED**.

AMY BERMAN JACKSON
United States District Judge

DATE: August 6, 2025